No. 82–6974. WHITESIDE *v.* PARKE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 82–6976. FLUELLEN *v.* JAGO. C. A. 6th Cir. Certiorari denied.

No. 82–6977. GAMEZ-RUBIO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 82–6980. LEWIS ET AL. *v.* DAVIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–6984. BELL *v.* THIGPEN, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–6985. DEANDREA *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 82–6987. BAIRD *v.* WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 82–6988. LOVE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–6993. MILLER *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 82–6994. FAULKNER *v.* KELLY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–6995. REID *v.* DEPARTMENT OF HEALTH AND MENTAL HYGIENE. Ct. Sp. App. Md. Certiorari denied.

No. 82–6996. MCCRARY-EL *v.* WYRICK. C. A. 8th Cir. Certiorari denied.

No. 82–6998. LASKI *v.* LASKI. Sup. Ct. N. J. Certiorari denied.

No. 82–7000. HARBIN *v.* GEORGIA. Ct. App. Ga. Certiorari denied.

No. 82–7001. JILES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.